**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

In re:
JAMES D EVANS                                              Case No: 23-34257-KLP
                                                                    Chapter 7

Debtor(s).

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 03/28/2024, I did cause a copy of the following document, described below.

Notice And Motion to Convert from Chapter 7 To Chapter 13

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 03/28/2024

*/s/William Harville*
William Harville
VA Bar Number: 19802
Law Office of William Harville
327 W. Main Street #3
Charlottesville, VA 22903
(434) 483-5700
William@vabklaw.com
Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In re:
JAMES D EVANS                                            Case No: 23-34257-KLP
                                                              Chapter 7

Debtor(s).

## CERTIFICATE OF SERVICE DECLARATION OF MAILING

On 03/28/2024, I did cause a copy of the following document, described below.

Notice And Motion to Convert from Chapter 7 To Chapter 13

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 03/28/2024

Antonio Rubio
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602

I certify that on March 28, 2024, I caused a copy of Notice and Motion to Convert from Chapter 7 To Chapter 13 to be served by first class, United States mail service, with adequate postage to ensure delivery to:

Clicklease
1182W 2400 S
West Valley City, UT 84119

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377-4500

Mercury
PO Box 84064
Columbus, GA 31908

Nabisco CU
6002 Laburnum Avenue
Henrico, VA 23231

Navy Federal CU
PO Box 3000
Merrifield, VA 22119-3000

Nelnet
PO Box 82561
Lincoln, NE 68501-2561

OneMain
c/o Harris Loftus PLLC
7900 Sudley Rd, #608
Manassas, VA 20109

RA Rogers Collection
PO Box 3302
Ste 7
Crofton, MD 21114

Regional Finance
583 Southpark Blvd
Colonial Heights, VA 23834-3610

Sunbelt Rentals
PO Box 409211
 Atlanta, GA 30384

Synchrony Bank/Care Credit
PO Box 965060
Orlando, FL 32896